**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CALVIN CHENG,

                Plaintiff,

    -against-                                22 **CIVIL** 3996 (PKC)

                                                  **<u>JUDGMENT</u>**

T-MOBILE USA, INC.,

                Defendant.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2023, the Court has considered all arguments presented by the parties, including those not explicitly addressed. Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      September 29, 2023

                                                              **RUBY J. KRAJICK**
                                                              **Clerk of Court**

                                      **BY:**    *K. Mango*

                                                              **Deputy Clerk**